Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@pacbell.net

Attorney for Plaintiff

FILED ORIGINAL

2007 MAY 23 A 10: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

E-FILING
ADR

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PEINING YU, individually,<br><br>   Plaintiff,<br><br>   v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services,<br><br>ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>MICHAEL CHERTOFF, in his official capacity as the Secretary of the United States Department of Homeland Security,<br><br>   Defendants. | Case No.: C07 02719 RS<br><br>Agency File Number: WSC*000982732<br><br>CERTIFICATE AS TO INTERESTED PARTIES<br><br>Hearing Date: TBA |

The undersigned, counsel of record for Plaintiff Peining Yu, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Emilio T. Gonzalez, in his capacity as the Director of the U.S. Citizenship and Immigration Services ("USCIS"). Defendant Gonzalez is responsible for supervising the operations of USCIS, the agency responsible for the delay of Plaintiff's application for naturalization.

2) Alberto R. Gonzales, in his capacity as the Attorney General of the United States. Defendant Gonzales is responsible for supervising the operations of the Federal Bureau of Investigations, the agency responsible for the delay of Plaintiff's security name check.

3) Michael Chertoff, in his capacity as the Secretary of the United States Department of Homeland Security ("DHS"). Defendant Chertoff is responsible for supervising the operations of the USCIS, an agency under the DHS.

4) Office of the United States Attorney. Office of the United States Attorney represents the USCIS, DHS, and the Attorney General of the United States in all matters before the U.S. Federal District Court.

May 15, 2007

Daniel T. Huang,
Attorney at Law
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
(626) 289-0006
(626) 289-0005
Lawyer99@pacbell.net