# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA



Peining Yu, individually, Plaintiff,

v.

Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services,
Alberto R. Gonzalea, as Attorney of the United States,
Michael Chertoff, in his Official Capacity, Secretary, United States Department of Homeland Security, Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 02719 RS

TO: (Name and address of defendant)

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Ave, NW
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Huang
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*Sandy* (signature)
(BY) DEPUTY CLERK
Sandy Morris

DATE 05/15/07   5-23-07

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6.13.2007 |
| Name of SERVER | TITLE |
| | Proof of Service |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served Emilio T. Gonzalez via certified first class on June 6, 2007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6.13.2007
                Date

Signature of Server: Tracy Li

Address of Server: P.O. Box 1351 Alhambra CA 91802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by ( Printed Name )
DH?

D. Is delivery address different from item
  If YES, enter delivery address below

1. Article Addressed to:

Emilio T. Gonzalez
Bureau of Citizenship and Immigration Services
U.S. Citizenship and Immigration Services
Washington, D.C. 20528

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)

7006 3450 0001 4143 164_

PS Form 3811, February 2004    Domestic Return Receipt

---

STATES POSTAL SERVICE

First-Class Mail
Postage & Fees F
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Daniel Huang
P.O. Box 1351
Alhambra, CA 91802-1351

Yu, Peining