1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 PEINING YU,                              )
                                            ) No. C 07-2719 RS
13         Plaintiff,                       )
                                            )
14    v.                                    )
                                            ) **PARTIES' CONSENT TO MAGISTRATE**
15 EMILIO T. GONZALEZ, Director of the U.S. ) **JUDGE JURISDICTION; STIPULATION**
   Citizenship and Immigration Services;   ) **TO DISMISS and [PROPOSED] ORDER**
16 ALBERTO R. GONZALES, as Attorney        )
   General of the United States;           )
17 MICHAEL CHERTOFF, in his Official Capacity, )
   Secretary, United States Department of   )
18 Homeland Security;                      )
                                            )
19         Defendants.                      )
                                            )
20

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

22 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.

25     Additionally, Plaintiff, by and though his attorney of record, and Defendants, by and through

26 their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

27 above-entitled action without prejudice in light of the fact that the United States Citizenship and

28 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

Consent and Stipulation to Dismiss
C07-2719 RS                                      1

1 | to do so within 30 days of the dismissal of this action.

2 |     Each of the parties shall bear their own costs and fees.

3 | Date: July 16, 2007                          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
-----
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 16, 2007                          /s/
-----
DANIEL T. HUANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                  
-----
RICHARD SEEBORG
United States Magistrate Judge