1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143         *E-FILED 7/23/07*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 PEINING YU,                    )
                                  ) No. C 07-2719 RS
13            Plaintiff,          )
                                  )
14       v.                       )
                                  ) **PARTIES' CONSENT TO MAGISTRATE**
15 EMILIO T. GONZALEZ, Director of the U.S. ) **JUDGE JURISDICTION; STIPULATION**
   Citizenship and Immigration Services;  ) **TO DISMISS and [PROPOSED] ORDER**
16 ALBERTO R. GONZALES, as Attorney )
   General of the United States;  )
17 MICHAEL CHERTOFF, in his Official Capacity, )
   Secretary, United States Department of )
18 Homeland Security;             )
                                  )
19            Defendants.         )
                                  )
20

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

22 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.

25     Additionally, Plaintiff, by and though his attorney of record, and Defendants, by and through

26 their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

27 above-entitled action without prejudice in light of the fact that the United States Citizenship and

28 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

Consent and Stipulation to Dismiss
C07-2719 RS                                 1

1  to do so within 30 days of the dismissal of this action.

2  Each of the parties shall bear their own costs and fees.

3  Date: July 16, 2007                    Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                         United States Attorney

6

7                                          _____/s/_____
                                         ILA C. DEISS
                                         Assistant United States Attorney
8                                        Attorneys for Defendants

11  Date: July 16, 2007                   _____/s/_____
                                         DANIEL T. HUANG
                                         Attorney for Plaintiff

15                       **ORDER**

16  Pursuant to stipulation, IT IS SO ORDERED.

18  Date:  July 23, 2007

19                                         _____
                                         RICHARD SEEBORG
                                         United States Magistrate Judge

Consent and Stipulation to Dismiss
C07-2719 RS                                   2